RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 FEB 17 A 10: 16

TAMMY H DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 17 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____7TH_____ DIVISION

CASE NO. 4:22-CV-165 JM-JTK

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

I.  Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: John M Nichols
    ADC # _____

    Address: 1 Detention Lane Malvern AR 72104

    Name of plaintiff: _____
    ADC # _____

    Address: _____

    Name of plaintiff: _____
    ADC # _____

    Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Fred Phillips
    Position: Jail Administrator
    Place of employment: Clark County Detention Facility
    Address: 406 South 5th St. Arkadelphia, AR 71923

    Name of defendant: Clay Atkins
    Position: Sergont
    Place of employment: Clark County Detention Facility

Address: 406 South 3th ST. ARKAdelphia, AR 71923 ~~[scribbled out]~~

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☒ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

2

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Hot Spring County Jail
1 Detention Lane Malvern, AR 72104

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__X__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ____ No __X__

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: _____
I'm in a County Jail, not prison

3

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

When I first arrived at Clarke county detention facility I was placed in a two man cell with two other people and forced to sleep on the floor next to the toilet bowl because there was nowhere else to place me. I was denied my medication for three weeks. It was for my anxiety and PTSD. The food trays have six places for food and only two or sometimes three were with food in them. It was brought up to the jail adm. several times and nothing was ever done about these incidents

4

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I would like to be compensated $50,000 for all the wrong they've done.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __8th__ day of __Feburary__, 20__22__.



_____
Signature(s) of plaintiff(s)

Revised 02/02/05                                                                 5

John M. Nichols
# 540958
1 Detention Lane
Malvern, AR 72104

LITTLE ROCK AR 720
14 FEB 2022 PM 3 L



US POSTAGE
FIRST-CLASS
026W0004897290
2000233103
ZIP 72104
FEB 14 2022

Pro Se Clerk
600 West Capitol Ave Suite # 402
Little Rock, AR
72201-3325

Legal Mail

72201-331702