IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN M. NICHOLS                                                                                             PLAINTIFF

v.                                        Case No. 6:22-cv-06024

FRED PHILLIPS, Jail Administrator,
Clark County Detention Facility and
CLAY ATKINS, Sgt., Clark County
Detention Facility                                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 26, 2022, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Ford recommended that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 16th day of June 2022.

.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**